**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01004-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-87752-09**

## ORDER

Before the Court is appellant Jay Sandon Cooper's unopposed motion to vacate, recall, and stay the mandate that issued in this case on April 11, 2013. After consideration, we **GRANT** appellant's motion and **ORDER** the April 11, 2013 mandate withdrawn. The issuance of the mandate will be stayed for a period of **NINETY (90) DAYS** from the date of this order in accordance with Texas Rule of Appellate Procedure 18.2. After that period expires, the mandate will issue. *See* TEX. R. APP. P. 18.2.

/s/ MARY MURPHY
   JUSTICE